CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| NCED | Jacob Hinnant | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 5:10-cr-116-F2 | | |

| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE *(See Instructions)* |
|---|---|---|---|
| Jacob Hinnant | ☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | ☑ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | CA |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
21 U.S.C. 846, 21 U.S.C. 841(a)(1), 18 U.S.C. 2, 21 U.S.C. 843(a)(6), 21 U.S.C. 856(a)(1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
to prepare for the possibility of trial or sentencing and to file any potential motions from information gained from the transcript.

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically).* NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
detention hearing (4/27/10)

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

B. ☐ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

/s/ Nardine Mary Guirguis        08/10/2010
Signature of Attorney                Date

Nardine Mary Guirguis
Printed Name

Telephone Number: (919) 832-0500

☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court

Date of Order         Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☑ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Janice Russell
1133 Tanager Trl. Virginia Beach, VA 23451

Telephone Number:

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____    Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____    Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT                                         24. AMOUNT APPROVED

Signature of Judge or Clerk of Court            Date

Case 5:10-cr-00116-BO   Document 106   Filed 08/10/10   Page 1 of 1