UNITED STATES DISTRICT COURT
EASTERN DICSTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CR-116-F-2

| UNITED STATES OF AMERICA | ) |
| --- | --- |
|  | ) |
| v. | ) ORDER |
|  | ) |
| JACOB HINNANT | ) |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Continue Arraignment & Trial. The court is of the opinion that this motion should be allowed in the interest of justice and without objection from the United States Government.

IT IS, THEREFORE, ORDERED that the Arraignment and Trial of the above referenced matter be continued to Nov. 8 2010 term. The period of time incurred by this continuance is excluded from the speedy trial act.

This 8th day of September 2010.

_____
THE HONORABLE JAMES C. FOX
SENIOR UNITED STATES DISTRICT COURT JUDGE