IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00116-F-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| JACOB HINNANT, ) | |
| Defendant. ) | |

This matter is before the court on Defendant's letter motion [DE-325]. In his motion, Defendant asserts that the Bureau of Prisons has denied him a reduction in his sentence under the Residential Drug Abuse Program ("RDAP"). Defendant further asserts that he will be allowed one year of credit toward his sentence if the undersigned, as his sentencing judge, writes a letter on his behalf to the Bureau of Prisons.

In this case, Defendant has failed to assert any defect in his sentence. Thus, the court is not in a position to intervene. Accordingly, Defendant's letter motion [DE-325] is DENIED.

SO ORDERED.

This, the 19th day of February, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge