UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jacob Hinnant                                   Docket No. 5:10-CR-116-2F

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jacob Hinnant, who, upon an earlier plea of guilty to Conspiracy to Manufacture, Distribute, and Possess With Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on October 20, 2011, to the custody of the Bureau of Prisons for a term of 90 months. Upon a motion of the defendant under 18 U.S.C. § 3582(c)(2), the sentence was reduced to 72 months on March 9, 2015. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Jacob Hinnant was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 5, 2015, the defendant tested positive for cocaine, which was confirmed through laboratory analysis on November 18, 2015. During a home inspection on November 24, 2015, the defendant signed an admission of drug use form acknowledging that he used powder cocaine on November 1, 2015. As a sanction for this violation, the probation office is recommending that he be placed on the home detention program for a period of 30 days. Additionally, he has agreed to participate in outpatient substance abuse treatment as directed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

                                    I declare under penalty of perjury that the foregoing is true and correct.

                                    /s/ Dewayne L. Smith
                                    Dewayne L. Smith
                                    U.S. Probation Officer
                                    201 South Evans Street, Rm 214
                                    Greenville, NC 27858-1137
                                    Phone: 252-830-2338
                                    Executed On: November 25, 2015

Jacob Hinnant
Docket No. 5:10-CR-116-2F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __25__ day of __November__, 2015 and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge