UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jacob Hinnant**      **Docket No. 5:10-CR-116-2F**

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jacob Hinnant, who, upon an earlier plea of guilty to Conspiracy to Manufacture, Distribute, and Possess With Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on October 20, 2011, to the custody of the Bureau of Prisons for a term of 90 months. Upon a motion of the defendant under 18 U.S.C. § 3582(c)(2), the sentence was reduced to 72 months on March 9, 2015. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Jacob Hinnant was released from custody on October 30, 2015, at which time the term of supervised release commenced. On November 25, 2015, a Petition for Action was submitted advising that the defendant tested positive for cocaine. As a sanction for this violation, the court ordered that the defendant be placed on the home detention program for a period of 30 days. Additionally, he was referred to outpatient substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 26, 2016, the defendant tested positive for marijuana, which was confirmed through laboratory analysis on February 5, 2016. Additionally, the defendant left the district without permission on February 9, 2016, and he did not return until February 22, 2016. Investigation revealed that Hinnant traveled to Northern Virginia in order to stay with a girlfriend. During a home inspection on February 23, 2016, the defendant signed an admission of drug use form acknowledging that he used marijuana on January 25, 2016. As a sanction for these violations, the probation office is recommending that he be placed on the home detention program for a period of 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Jacob Hinnant
Docket No. 5:10-CR-116-2F
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: February 24, 2016

## ORDER OF THE COURT

Considered and ordered this __25__ day of __February__, 2016 and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge